IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER ASH | : | CIVIL ACTION |
| v. | : | |
| FARMERS INSURANCE CO., et al. | : | NO. 22-3017 |

ORDER

AND NOW, this 2nd day of November, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Truck Insurance Exchange to dismiss this action for lack of subject matter jurisdiction (Doc. # 12) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.